Arthur **HALL**, Movant, v. **COMMONWEALTH** of Kentucky, Opposed.

Court of Appeals of Kentucky.

May 11, 1951.

John G. Prather, Somerset, for movant.

A. E. Funk, Atty. Gen., and John B. Browning, Asst. Atty. Gen., opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.